1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN DEON TURNER, JR., ) | Case No. CV 15-6360-MMM (JPR) |
| ) | |
| Petitioner, ) | |
| ) | **J U D G M E N T** |
| v. ) | |
| ) | |
| JUDGE BIGELOW, JUDGE ) | |
| RUBIN, JUDGE GRIMES, ) | |
| ) | |
| Respondents. ) | |
| ) | |

     Pursuant to the Order Summarily Dismissing Habeas Petition and
Administratively Closing Case,

     IT IS HEREBY ADJUDGED that this action is dismissed.


DATED: November 19, 2015    *Margaret M. Morrow*
                            MARGARET M. MORROW
                            U.S. DISTRICT JUDGE